UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD BREES,

    Plaintiff,

v.

HMS GLOBAL MARITIME INC., *et al.*,

    Defendants.

CASE NO. 3:20-cv-05042-RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 4), Plaintiff's objections to the Report and Recommendation (Dkt. 7), and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**, Plaintiff's § 1983 claims are dismissed with prejudice, his state law claims are dismissed without prejudice, and the case is closed.

The Clerk shall send copies of this Order to Plaintiff and to Magistrate Judge Creatura.

Dated this 30th day of March, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge